**UNITED STATES of America, Appellant, v. Jack Hampton SHORE, Appellee.**

No. 10910.

Circuit Court of Appeals, Ninth Circuit.

April 30, 1945.

Carl C. Donaugh, U. S. Atty., of Portland, Or., for appellant.

Gus J. Solomon, of Portland, Or., for appellee.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

On consideration of the request of counsel for appellant for dismissal of the appeal herein, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

■

**UNITED STATES ex rel. Isidore Allan STEINBERG, Appellant, v. Col. Grover C. GRAHAM, Commanding Officer, Camp Joseph T. Robinson, and/or Lt. Col. Carroll Bridgewater, Commanding Officer, 1290th U. S. Engineers, Camp Joseph T. Robinson.**

No. 13015.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1945.

Solomon Badesch, of New York City, for appellant.

Sam Rorex, U. S. Atty., and Warren E. Wood, Asst. U. S. Atty., both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 57 F.Supp. 938, dismissed without costs to either party in this Court, on stipulation of parties.

■

**Willet WATKINS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12760.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to joint motion of parties.